THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB W. FALK *v.* CHARLES O. GUDEN, Appellant.

HENRY M. ROBERTSON, Respondent.

*People ex rel. Falk* v. *Guden,* 71 App. Div. 622, affirmed.
(Argued June 13, 1902; decided June 20, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1902, which reversed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to the custody of the defendant as sheriff of the county of Kings.

*Benjamin F. Tracy, Jerry A. Wernberg, Charles H. Hyde* and *Levi W. Naylor* for appellants.

*G. D. B. Hasbrouck, Joseph A. Burr* and *Ira Leo Bamberger* for respondent.

Order affirmed, with costs, on authority of *Matter of Guden* (171 N. Y. 529).

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.